# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
                          Appellant,
                vs.
MATTHEW SCOTT WHITE,
                          Respondent.

No. 72681

**FILED**

AUG 10 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is the State's appeal from a district court order granting respondent's postconviction petition for writ of habeas corpus. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellant, the State of Nevada, has filed a motion to voluntarily dismiss this appeal. Cause appearing, the motion is granted. *See* NRAP 42(b). We

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. James E. Wilson, District Judge
     Attorney General/Carson City
     Matthew Scott White
     Carson City Clerk

---

[1]Appellant's motion for an extension of time to file the opening brief and appendix is denied as moot.

 

17-26747